*In re* PABLO ANDINO ESPEJO, querellado.

Núm. 67.—*Sometido:* Marzo 4, 1947. *Resuelto:* Marzo 21, 1947.

*Pablo Andino pro se; Alfonso Miranda y Angel R. Suárez,* abogados del querellado; *Joaquín Correa Suárez, Fiscal Auxiliar del Tribunal Supremo,* abogado de El Pueblo.

El Juez Presidente Señor Travieso emitió la opinión del tribunal.

Por sentencia dictada en junio 15 de 1945, este Tribunal ordenó la separación del abogado Pablo Andino Espejo del ejercicio de la abogacía y en su consecuencia también del notariado por el término de dos años. Véase: *In Re Andino*, 65 D.P.R. 136.

Examinados los protocolos notariales del querellado por el juez de distrito Sr. La Costa, encontró éste numerosas irregularidades en dichos protocolos las cuales hizo constar específicamente en un informe oficial que ha sido sometido a nuestra consideración como parte de la querella en el presente caso.

Las irregularidades enumeradas en la querella han sido establecidas por la prueba. Muchas de ellas fueron corregidas oportunamente por orden del juez de distrito que examinó los protocolos. Ninguna de ellas envuelve la comisión de fraude o delito alguno, ni se ha demostrado que persona alguna haya sido perjudicada por la falta de cuidado por parte del notario. No creemos necesario hacer una exposición detallada de las numerosas irregularidades que aparecen en los protocolos notariales del querellado. Bastará decir que todas ellas pudieron ser corregidas disciplinariamente por los jueces que inspeccionaron los protocolos.

El notario querellado se ha hecho acreedor a nuestra censura por no haberse ajustado estrictamente a los preceptos de la Ley Notarial en cuanto a la forma y manera en que deben hacerse y guardarse los protocolos. La observancia de esos preceptos es necesaria para mantener en alto el prestigio de la profesión notarial y hacerla digna de la confianza y respeto públicos.

El querellado ha hecho entrega al Secretario de este Tribunal de los sellos de rentas internas que por error de cálculo dejó de cancelar en algunas escrituras. La prueba no demuestra que el querellado incurriera en esas pequeñas omi-

siones con el propósito de lucrarse. Los sellos serán entregados al Archivero General del Distrito para que los fije y cancele en los documentos correspondientes.

No siendo ninguno de los cargos formulados contra el querellado de suficiente importancia para justificar su separación del ejercicio de la abogacía y de la práctica del notariado, la querella debe ser declarada con lugar, limitándonos a censurar, como ya lo hemos hecho, la conducta del querellado.

. El Juez Asociado Sr. Todd, Jr., no intervino.